## Marie A. Carpenter, Appellee, v. Metropolitan Trust Company et al., Executors of Last Will and Testament of Charles E. Carpenter, Deceased, Appellants.

**Gen. No. 42,854.**

Heard in the third division, first district, this court at the October term, 1943; opinion filed November 7, 1945; released for publication November 27, 1945. Levinson, Becker, Peebles & Swiren, for appellants; Don M. Peebles, of counsel; Lewis C. Coyner, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.